

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of B.J.M., a Minor Child

No. 06-17-00111-CV

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 2017-622). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Brandi Nicole Mizzles, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 23, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk